Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 16–14279–MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Norman G Real | Felita Real |
| 2 Paige Terrace | 2 Paige Terrace |
| Sayreville, NJ 08872 | Sayreville, NJ 08872 |

Social Security No.:
  xxx–xx–9146                                   xxx–xx–3117

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 16, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 18, 2018
JAN: kmf

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Norman G Real  
Felita Real  
    Debtors

Case No. 16-14279-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: May 18, 2018  
                     Form ID: 148     Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2018.

```
db/jdb         +Norman G Real,    Felita Real,    2 Paige Terrace,    Sayreville, NJ 08872-1185
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516044186      +1st 2nd Mortgage Co. of NJ,    50 Spring Street,    Cresskill, NJ 07626-2106
516215929      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516044194      +Chase Mortgage,    Attn: Research Dept.,    3415 Vision Dr.,    Columbus, OH 43219-6009
516044195      +Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
516044196      +Citibank,    Attn: Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
516044197      +Citibank/Best Buy,    Attn: Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516044198      +Credit Control Corp.,    11821 Rock Landing Dr.,    Newport News, VA 23606-4207
516044201     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Foster & Garbus LLP,    500 Bi-County Blvd,    Ste 300,
                 Farmingdale, NY 11735)
516044204      +JP Morgan Chase Bank, N.A.,    Attn: Bankruptcy,    PO Box 24696,    Columbus, OH 43224-0696
516044203      Jaffe & Asher LLP,    600 Third Ave,    New York, NY 10016-1901
516044208      +New Jersey Division of Property Tax,    50 Barrack St.,    Trenton, NJ 08608-2006
516044210      +Novad Management Consulting, LLC,    Attn: Bankruptcy,    2401 NW 23rd St.,    Ste 1A1,
                 Oklahoma City, OK 73107-2448
516044211      +Phelan Hallinan & Diamond, PC,    400 Fellowship Rd.,    Ste 100,    Mount Laurel, NJ 08054-3437
516044213      +Powers Kirn, LLC,    728 Marne Highway,    Ste 200,    Moorestown, NJ 08057-3128
516044214      +Prudential Retirement,    PO Box 8000,    Millville, NJ 08332-0098
516044209     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245)
516244132      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, TX 75001-9013
516044216      +Toyota Motor Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
516044217      +US Dept. of Housing & Urban Development,    451 7th St. SW,    Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2018 00:03:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2018 00:03:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516044187      +EDI: BECKLEE.COM May 19 2018 03:28:00     American Express,    c/o Beckett & Lee,    PO Box 3001,
                 Malvern, PA 19355-0701
516231844       EDI: BECKLEE.COM May 19 2018 03:28:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516044188      +EDI: BANKAMER.COM May 19 2018 03:28:00     Bank of America,    Attn: Recovery Dept.,
                 4161 Piedmont Parkway,    Greensboro, NC 27410
516057294       EDI: BMW.COM May 19 2018 03:28:00     BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin, OH 43016
516044189       EDI: BMW.COM May 19 2018 03:28:00     BMW Financial Services,    Attn: Bankruptcy Department,
                 PO Box 3608,    Dublin, OH 43016
516058842      +EDI: AISACG.COM May 19 2018 03:28:00     BMW Financial Services,    POB 201347,
                 Arlington, TX 76006-1347
516065095      +EDI: AISACG.COM May 19 2018 03:28:00     BMW Financial Services NA, LLC,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516044190      +EDI: AISACG.COM May 19 2018 03:28:00     BMW Financial Services, NA, LLC,
                 Attn: Bankruptcy Department,    PO Box 201347,    Arlington, TX 76006-1347
516044191       EDI: CAPITALONE.COM May 19 2018 03:28:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516044193      +EDI: CHASE.COM May 19 2018 03:28:00     Chase,    Attn: Bankruptcy,    PO Box 15298,
                 Wilmington, DE 19850-5298
516064128       EDI: DISCOVER.COM May 19 2018 03:28:00     Discover Bank,    Discover Products Inc.,
                 PO Box 3025,    New Albany, OH 43054-3025
516044199      +EDI: DISCOVER.COM May 19 2018 03:28:00     Discover Financial Services,
                 Attn: Bankruptcy Department,    PO Box 3025,    New Albany, OH 43054-3025
516044202      +EDI: IRS.COM May 19 2018 03:28:00     Internal Revenue Service,    Central Insolvency Section,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516044205      +EDI: LTDFINANCIAL.COM May 19 2018 03:28:00     LTD Financial Services,    7322 Southwest Freeway,
                 Suite 1600,    Houston, TX 77074-2134
516044206      +EDI: TSYS2.COM May 19 2018 03:28:00     Macy's Bankruptcy,    PO Box 8053,
                 Mason, OH 45040-8053
516044207       EDI: NESF.COM May 19 2018 03:28:00     National Enterprise Systems,    29125 Solon Road,
                 Solon, OH 44139-3442
516044212       EDI: PRA.COM May 19 2018 03:28:00     Portfolio Recovery Associates, LLC,    Attn: Bankruptcy,
                 PO Box 41067,    Norfolk, VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: May 18, 2018
                              Form ID: 148             Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516296843      EDI: PRA.COM May 19 2018 03:28:00      Portfolio Recovery Associates, LLC,
               C/O capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
516296896      EDI: PRA.COM May 19 2018 03:28:00      Portfolio Recovery Associates, LLC,   c/o Best Buy,
               POB 41067,    Norfolk VA 23541
516044215      EDI: TFSR.COM May 19 2018 03:28:00     Toyota Motor Credit,   Toyota Financial Services,
               PO Box 8026,   Cedar Rapids, IA 52408
516044218     +EDI: VERIZONCOMB.COM May 19 2018 03:28:00      Verizon Wireless Bankruptcy Admin.,
               500 Technology Dr,   Weldon Spring, MO 63304-2225
516044200     +EDI: ECAST.COM May 19 2018 03:28:00     eCast Settlement Corp.,   PO Box 29262,
               New York, NY 10087-9262
                                                                                                TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516132651*      ECAST SETTLEMENT CORPORATION,    PO BOX 29262,    NEW YORK, NY 10087-9262
516044192    ##+CCCS of New Jersey,   185 Ridgedale Avenue,   Cedar Knolls, NJ 07927-1812
                                                                            TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Ernest G. Ianetti    on behalf of Debtor Norman G Real ianetti.efiling@outlook.com,
               eianetti20@gmail.com;r53532@notify.bestcase.com
              Ernest G. Ianetti    on behalf of Joint Debtor Felita   Real ianetti.efiling@outlook.com,
               eianetti20@gmail.com;r53532@notify.bestcase.com
              John D. Krohn    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              William M.E. Powers, III   on behalf of Creditor   1st 2nd Mortgage Co. of N.J., Inc.
               ecf@powerskirn.com
                                                                                              TOTAL: 8
```